UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x

UNITED STATES OF AMERICA

    -against-

RICHARD EMANUEL,

              Defendant.
-----------------------------------------------x

**ORDER**

20 Cr.0048-02 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case  **Daniel Steven Parker**  is hereby ordered substituted
                                                   Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

**Joseph Paul Facciponti**  .
      Attorney's Name

SO ORDERED.

NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:  White Plains, New York
          October 1, 2020



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2020