

# MURPHY & McGONIGLE
### A Professional Corporation

Email: jfacciponti@mmlawus.com
Direct: 212.880.3966
Facsimile: 212.880.3998

1185 Avenue of the Americas
Floor 21
New York, NY 10036

**MEMO ENDORSED**

November 26, 2021

*Via ECF and Email (romannysdchambers@nysd.uscourts.gov)*

Honorable Nelson Stephen Román
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v. Richard Emanuel*, 20 Cr. 48 (NSR) -02

Dear Judge Román:

    I am CJA counsel for Richard Emanuel in the above-referenced matter. Sentencing in this matter is currently scheduled for December 16, 2021. I write to respectfully request that sentencing be adjourned for 30 days. The government has no objection to this request. Mr. Emanuel is presently released on bail. This is the defense's first request for an adjournment of sentencing.

    The reason for this request is that the undersigned has a business trip scheduled that will take me out of town from December 15-17, 2021.

Respectfully submitted,

/s/ J.P.F.

Joseph P. Facciponti

cc: AUSA Shiva Logarajah

> Def.'s request to adjourn the in-person Sentencing from Dec. 16, 2021 until Feb. 2, 2022 at 12:30 pm is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion (doc. 73).
> Dated: White Plains, NY
>         Nov. 29, 2021
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2021

New York   ♦   Washington, D.C.   ♦   Virginia   ♦   Chicago   ♦   San Francisco