MEMO ENDORSED



**MURPHY & McGONIGLE**

A Professional Corporation

Email: jfacciponti@mmlawus.com
Direct: 212.880.3966
Facsimile: 212.880.3998

1185 Avenue of the Americas
Floor 21
New York, NY 10036

January 6, 2022

*Via ECF and Email (romannysdchambers@nysd.uscourts.gov)*
Honorable Nelson Stephen Román
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> Deft's request to temporarily modify his bail conditions as outlined below is GRANTED without objection by his Pretrial Services Officer and the Government.  Clerk of Court is requested to terminate the motion (doc. 76).   Dated:  Jan. 7, 2022
>
> SO ORDERED:
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:  *United States v. Richard Emanuel*, 20 Cr. 48 (NSR) -02

Dear Judge Román:

I am CJA counsel for Richard Emanuel in the above-referenced matter. Mr. Emanuel is currently on pretrial release and is awaiting sentence on the following bail conditions: $100,000 personal recognizance bond secured by two financially responsible persons and home detention with electronic monitoring. I write to respectfully request that the terms of his pretrial release be modified so that he is allowed to leave his house for the day on January 10, 2022 to travel to Manhattan and Brooklyn. Neither the Pretrial Services Office nor the government object to this application.

On April 6, 2020, Magistrate Judge Lisa Margaret Smith ordered Mr. Emanuel released on the above-stated bail conditions. After receiving Mr. Emanuel's guilty plea pursuant to a plea agreement on September 15, 2021, and with no objection from the government, Magistrate Judge Paul E. Davison continued Mr. Emanuel's bail conditions pending sentencing.  In the nearly two years he has been on home detention, my understanding is that Mr. Emanuel has had no violations of his bail conditions. Mr. Emanuel seeks the present modification of his bail conditions so that he can take a photo shoot in various parts of the New York City area in connection with the promotion of a music album that Mr. Emanuel recorded.  A copy of the itinerary for the photo shoot is attached as Exhibit A.  Mr. Emanuel hopes that the publication of a music album will provide his significant other and his child with supplemental income – particularly while he serves any custodian sentence in this matter.

Respectfully submitted,

/s/ J.P.F.

Joseph P. Facciponti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2022

cc: AUSA Shiva Logarajah & Pretrial Services Officer Leo Barrios

New York    ◆    Washington, D.C.    ◆    Virginia    ◆    Chicago    ◆    San Francisco

# Exhibit A



SEVEN HOUSE

**Seven House New York**
35 Meadow Street, STE 103
Brooklyn, NY 11206

To whom it may concern,

We are planning to host a photoshoot in New York City to generate media assets for our upcoming release of Richard's music.  Please find information regarding the day's plans below, if you need anything further or if you have any questions feel free to reach out anytime.

Sincerely,
Matthew A. Chambers
SevenHouseNewYork@gmail.com
646-954-5219

**Photoshoot Date:** January 10th, 2022

**Photographer:**
Gabriel Perez-Silva
Website: https://www.gabrielperezsilva.com/
Instagram: @_youngshot

**Location #1:**
Monaliza Furniture Factory and Photography Studio
23 Meadow Street
Brooklyn, NY 11206
Website: https://www.monalizafinefurniture.com/
Time: 9am - 1pm

**Location #2:**
Richard Haas Studio
361 W 36th St #5A,
New York, NY 10018
Website: http://www.richardhaas.com/
Time: 230pm - 530pm

**Location #3:**
Inwood Hill Park
Payson Ave & Seaman Ave
New York, NY 10034