UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

        - against -

 RICHARD EMANUEL,

                       Defendant(s).

------------------------------------------------------------X

**ORDER**

S2 20 CR 0048-02 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

       Defendant is ORDERED to self surrender to the Unites States Marshals Service at the U.S. District Courthouse, 300 Quarropas Street, White Plains, NY 10601 at 12:00 pm on Friday, April 15, 2022 or the designated Bureau of Prisons facility.

SO ORDERED.

Dated:    White Plains, New York
            February 4, 2022

_____
Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2022