# McGONIGLE
## A PROFESSIONAL CORPORATION

MEMO ENDORSED

Email: jfacciponti@mmlawus.com  
Direct: 212.880.3966  
Facsimile: 212.880.3998

1185 Avenue of the Americas  
Floor 21  
New York, NY 10036

March 21, 2022

*Via ECF and Email (romannysdchambers@nysd.uscourts.gov)*

Honorable Nelson Stephen Román  
United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601-4150

Re: *United States v. Richard Emanuel,* 20 Cr. 48 (NSR)-02

Dear Judge Román:

    I am CJA counsel for Richard Emanuel in the above-referenced matter. Mr. Emanuel is scheduled to surrender to begin his term of imprisonment on April 15, 2022. He is currently released on the following bail conditions: $100,000 personal recognizance bond secured by two financially responsible persons and home detention with electronic monitoring. I write to respectfully request that the terms of his pretrial release be temporarily modified so that he is allowed to leave his house for portions of the following days – March 26, 28, 30 & 31 – to travel to parts of the New York City area as detailed in Exhibit A. Neither the Pretrial Services Office nor the government object to this application.

    In the two years he has been on home detention, Mr. Emanuel has had no violations of his bail conditions. Mr. Emanuel seeks the present modifications of his bail conditions so that he can participate in photo and video shoots in various parts of the New York City area in connection with the promotion of a music album that Mr. Emanuel recorded. A copy of the itinerary for the photo shoots is attached as Exhibit A. Mr. Emanuel hopes that the publication of a music album will provide his significant other and his child with supplemental income – particularly while he serves his sentence in this matter. On January 7, 2022, the Court granted a similar request by Mr. Emanuel. (*See* Dkt. 77).

> Deft's request to temporarily modify his bail conditions as outlined in Ex. A, attached hereto, is GRANTED without objection by his Pretrial Services Officer and the Government. Clerk of Court is requested to terminate the motion (doc. 94).
>
> Dated: White Plains, NY  
>        March 21, 2022
>
> SO ORDERED:
>
> HON. NELSON S. ROMÁN  
> UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ J.P.F.

Joseph P. Facciponti

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 3/21/2022

cc: AUSA Shiva Logarajah & Pretrial Services Officer Leo Barrios

New York  ♦  Washington, D.C.  ♦  Virginia  ♦  Chicago  ♦  San Francisco

# Exhibit A



**Seven House New York**
35 Meadow Street, STE 103
Brooklyn, NY 11206

To whom it may concern,

We are planning to host a few photo and video shoots in the New York City area to generate media assets for our upcoming release of Richard's music.  Please find information regarding our plans below, if you need anything further or if you have any questions, feel free to reach out anytime.

Sincerely,
Matthew A. Chambers
SevenHouseNewYork@gmail.com
646-954-5219

**Personnel:**

*Photographer:*
Gabriel Perez-Silva
Website: https://www.gabrielperezsilva.com/
Instagram: @_youngshot

*Videographer:*
Gabriel "Seven" Padilla
Instagram: @SevenBullion

*Director:*
Matthew A. Chambers
SevenHouseNewYork@gmail.com
646-954-5219

*\*\*Please find the schedule and locations on the following page.*

**March 26th**
10am - 9pm

>Seven House Gallery and Studios
>35 Meadow Street, Brooklyn NY, 11206
>Instagram: @7house.ny

**March 28th**
10am - 7pm

>*Location 1:*
>Inwood Hill Park
>Payson Ave. &, Seaman Ave, New York, NY 10034
>https://www.nycgovparks.org/parks/inwood-hill-park
>
>*Location 2:*
>Van Cortlandt Park
>Broadway and, Van Cortlandt Park S, Bronx, NY 10471
>https://vancortlandt.org/

**March 30th**
10am - 9pm

>Untermyer Park and Gardens
>945 N Broadway, Yonkers, NY 10701
>https://www.untermyergardens.org/

**March 31st**
9am - 9pm

>*Location 1:*
>9am - 1pm
>Carnegie Hill (Neighborhood)
>
>*Location 2:*
>130pm - 4pm
>Grand Central Terminal
>89 E 42nd St, New York, NY 10017
>https://www.grandcentralterminal.com/
>
>*Location 3:*
>5pm - 9pm
>SummetOne Vanderbilt
>5 E 42nd St, New York, NY 10017
>https://summitov.com/